STEPHEN C. LYNES, et. al. vs. ALPHEUS NOBLE, et. al.

An amendment to a bill of exceptions will be allowed on terms, where the cause has been submitted and decided; it appearing by such decision that the true state of the cause could not be ascertained by the bill of exceptions as submitted.

*Motion by plaintiffs to vacate a rule denying a new trial in this cause and for leave to add the pleadings therein to the bill of exceptions.*—The circuit judge on the trial non-suited the plaintiffs, they took exceptions, which were settled by agreement between the attorneys for the respective parties. At the last January term the cause was submitted, and a new trial denied: no opinion was given by the court, but the following endorsement was made upon the papers by Mr. Justice Jewett, to wit, " It does not appear by the bill of exceptions what the issue was, nor what the parties tried," a similar entry was made in the rule denying a new trial.

The plaintiff moved that the pleadings be added to the bill of exceptions, to remedy the defect.

The defendant insisted that the pleadings never form any part of a bill of exceptions, but the objection should be so stated and the exception so taken as to show what the question is, that the plaintiffs' course would be new practice, that it is too late after argument and decision; when the bill of exceptions is sealed, both parties are concluded by it, 3 *Dallas,* 38, *Bul. N. P.,* 316, *Graham's Practice,* 2d ed. 328.

W. F. ALLEN, *Plffs Counsel.*              R. H. MARTIN, *Plffs Atty.*
A. TABER, *Defts Counsel.*              N. BENNETT, *Defts Atty.*

BEARDSLEY, Justice.—Granted the motion on payment of costs of bill of exceptions and subsequent proceedings, and seven dollars costs of opposing motion.